USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/11/2020___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FRANKIE MONEGRO,** *on behalf of himself*
*and all others similarly situated*,

                                              **Plaintiff,**

                    **-against-**

**PATRICK TA BEAUTY, LLC,**

                                              **Defendant.**

**20-cv-06825 (ALC)**

**ORDER OF**
**DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

sixty (60) days.

**SO ORDERED.**

**Dated:    December 11, 2020**
            **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**